October 27, 1911, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 2412 of the Penal Law in having in his possession a false measure.

*James C. Van Siclen* for appellant.

*Charles S. Whitman, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: GRAY, VANN, CHASE and COLLIN, JJ. Dissenting: CULLEN, Ch. J., HAIGHT and HISCOCK, JJ.

---

ABRAHAM LEVY, Appellant, *v.* ADRIAN H. JOLINE et al., as Receivers of the METROPOLITAN STREET RAILWAY COMPANY, Respondents.

*Levy* v. *Joline*, 139 App. Div. 932, affirmed.
(Argued November 27, 1911; decided December 12, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants.

*Clifford C. Roberts* for appellant.

*Bayard H. Ames* and *Walter Henry Wood* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ. Not sitting: GRAY, J.